UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-20452- CIV-LENARD
MAGISTRATE JUDGE P. A. WHITE

ALFRED WAYNE LEE,                :

          Petitioner,            :

v.                               :          REPORT OF
                                            MAGISTRATE JUDGE
UNITED STATES DEPT. OF
JUSTICE, ET AL.,                 :

          Respondent.            :
_____

    The pro-se petitioner, Alfred Wayne Lee, filed a Motion pursuant to 28 U.S.C. §1361 for a Writ of Mandamus. The plaintiff submitted a request under the Freedom of Information Act (FOIA) on August 25, 2007, seeking copies of all records concerning defendant Eric Livingston Morris, a/k/a Alfred Lee, contained in the criminal file of the Southern District of Florida, Case No. 97-0233-Cr-Gold.

    On January 15, 2010, the United States Department of Justice Executive Office for the United States Attorneys (EOUSA) responded, stating that the records could not be located.

    The petitioner filed a Writ of Mandamus claiming that defendants failed to demonstrate good faith in their efforts to fulfill his August 25, 2007, FOIA request. The petitioner seeks an order compelling defendants to provide all the requested records.

    This Cause is before the Court upon the government's response (DE#23) and Notice of Filing Supplemental Response. (DE#24). In the government's supplemental response, government counsel has informed the Court that on May 9, 2011, the Executive Office for the United States Attorneys sent the information requested to the petitioner.

A copy of the supplemental response, without the thirteen pages of material disclosed, is attached to Notice of filing as Exhibit A.

Clearly, the petitioner has received the relief requested, thereby rendering this petition moot. Article III of the Constitution limits the federal court jurisdiction to the consideration of cases and controversies. In order to satisfy the constitutional requirement, the petitioner must suffer or be threatened with an actual injury traceable to the defendant, which is likely to be redressed by a favorable judicial decision. Soliman v. United State, 296 F.3d 1237, 1243-44 (11 Cir. 2002). Once the petitioner is granted relief, he must demonstrate an existing collateral consequence in order to maintain the suit. Spencer v Kemma, 523 U.S. 1 (1998).

It is therefore recommended that this petition be dismissed as moot.

Objections to this Report may be filed with the United States District Judge within fourteen days following receipt.

Dated this 31st day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Alfred Wayne Lee, Pro Se
     Reg#58117-004
     FCI-Miami
     Address of Record

     Dexter Lee, AUSA
     Office of US Attorney- Miami
     Address of Record